Lorge. C. E. Minor, for appellant. S. Keeler, for respondent. No opinion. Judgment and order affirmed, with costs.

BISSELL, Respondent, v. SACKETT WALBOARD CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Francis W. Bissell against the Sackett Walboard Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., not voting.

BLANCK, Respondent, v. PRESTON, Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) Action by Mary Ann Blanck against Charles M. Preston, as receiver of the New York Building Loan Banking Company. No opinion. Motion granted.

BLANDY et al., Respondents, v. VANDERBILT et al., Appellants. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Graham F. Blandy and others against William K. Vanderbilt and others. W. B. Hornblower, for appellants. A. B. Parker, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BLOCK, Appellant, v. NEW YORK ELECTRICAL WORKERS' UNION, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Harry Block against the New York Electrical Workers' Union. No opinion. Judgment of the Municipal Court affirmed, with costs.

BLUN, Respondent, v. MAYER et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. June 25, 1906.) Actions by Ferdinand S. M. Blun against Rebecca Mayer and others. No opinion. Motion denied, with $10 costs. Order filed.

BOARDMAN, Respondent, v. SEXSMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Howard G. Boardman against Alfred W. Sexsmith and Chester F. Hauser, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re BOARD OF RAPID TRANSIT RAILROAD COM'RS. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) In the matter of the application of the board of rapid transit railroad commissioners for the city of New York for the appointment of three commissioners, etc., Brooklyn & Manhattan Loop Lines, Brooklyn Sections. No opinion. Motion granted.

BOAZ, Appellant, v. COOLBAUGH, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Charles H. Boaz against Frank W. Coolbaugh. A. Thain, for appellant. F. H. Curry, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re BOND. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) In the matter of the application of Charles G. Bond for admission to the bar. No opinion. Application granted.

In re BOSTWICK. (Supreme Court, Appellate Division, First Department. June 8, 1906.) In the matter of Walter W. Bostwick. No opinion. Motion denied. Order filed.

BOYER, Respondent, v. BOYER, Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Catherine L. Boyer against Frank W. Boyer. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

BRADT v. CLARK. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by George S. Bradt against Frank A. Clark. No opinion. Motion granted, with $10 costs. Order filed.

BRECHTLEIN, Respondent, v. GREENWOOD CEMETERY, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Mary Brechtlein against the Greenwood Cemetery. No opinion. Judgment and order affirmed, with costs.

BREVOORT REAL ESTATE CO. v. KINGSTON et al. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by the Brevoort Real Estate Company against John Kingston and others. C. H. Stoddard, for appellants Nobel and others. F. M. Avery, for respondent Claffy. No opinion. Order affirmed, with $10 costs and disbursements.

In re BROOKS. (Supreme Court, Appellate Division, First Department. June 8, 1906.) In the matter of Susan R. Brooks. No opinion. Motion denied. Order filed.

BROOKS v. INTERNATIONAL RY. CO. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by James F. Brooks, as, etc., against the International Railway Company.

PER CURIAM. Motion for reargument denied, with $10 costs.

NASH, J., not sitting.

In re BROWN. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) In the matter of the application of Nathaniel M. Brown for admission to the bar. No opinion. We are of the opinion that the applicant should be in good standing in the foreign jurisdiction to be received as an attorney and counselor in this state by comity without examination. This is within the spirit, if not within the strict letter, of the rule of the Court of Appeals.

BROWN, Appellant, v. BRONSON et al., Respondents. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Ac-